```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0051--CR (JWS)
                  "USA V DAVID DEL CASTILLO"
                    DEF 1.1 CASTILLO, DAVID DEL

       Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 04/22/04
             Closed: 08/09/04
 No. of Defendants: 1
     MJ Case Number:
                AKA:
    Location status: U.S. Custody
         Trial date:
         Terminated: YES
 Needs interpreter: NO
  Counsel of record: Kevin F. McCoy
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:   James A. Goeke
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


Counts re: DEF 1.1 CASTILLO, DAVID DEL
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 8:1326(a) and (b)(2) UNLAWFUL REENTRY AFTER DEPORTATION (F) | Sentenced (16-1) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CRIMINAL DOCKET ENTRIES FOR CASE A04-0051--CR (JWS)
                    "USA V DAVID DEL CASTILLO"

                        For all filing dates


  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed: 04/22/04
           Closed: 08/09/04
No. of Defendants: 1


 Document #   Filed      Docket text

     1 -  1  04/22/04   [Re: DEF 1] PLF 1 Indictment.

  NOTE -  1  04/23/04   [Re: DEF 1] Issued WOA.

     2 -  1  04/23/04   [Re: DEF 1] AHB Grand Jury Minutes re WOA to be issued; no bail set; def
                        in INS Custody.

  NOTE -  2  04/26/04   Notation: Proposed trial date setting for arraignment and notice of
                        speedy trial act deadlines routed to JWS.

     3 -  1  04/26/04   [Re: DEF 1] JDR Court Minutes [ECR: Debby Willoughby-Lyons] re Arr on
                        Indt hld 4/26/04; K. McCoy apptd; def pled not guilty; def detained;
                        PTM's due 5/17; cnsl advised of trial date 6/28; def stated he does not
                        need an interpreter. cc: USA, FPD, USM, USPO, Judge Sedwick

     4 -  1  04/26/04   [Re: DEF 1] Financial Affidavit.

     5 -  1  04/26/04   [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, FPD, USM,
                        USPO

     6 -  1  04/26/04   [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet &
                        confer by 5/5/04; PTM's due 5/17/04. cc: USA, FPD

     7 -  1  04/27/04   [Re: DEF 1] PLF 1 Discovery Conference Certificate.

  NOTE -  3  04/30/04   Issued: Speedy Trial Notice to Judge Sedwick.

     8 -  1  05/07/04   [Re: DEF 1] JWS Minute Order setting TBJ on 6/28/04 at 9:00 a.m. and
                        FPTC on 6/28/04 at 8:30 a.m.. cc: USA, FPD, USM, USPO, MJ Roberts, JC

     9 -  1  05/07/04   [Re: DEF 1] JWS Minute Order that no replies to be fld unless requested
                        by MJ or DJ. cc: USA, FPD, MJ Roberts

    10 -  1  05/24/04   DEF 1 Notice of Intent to change plea filed on shortened time.

    11 -  1  05/25/04   [Re: DEF 1] JWS Minute Order setting PCOP for 05/26/04 at 8:30 a.m.;
                        FPTC and TBJ set for 06/28/04 are vacated. cc: USA, FPD, USM, USPO, MJ
                        Roberts

    12 -  1  05/26/04   [Re: DEF 1] JWS Court Minutes [ECR: Robin Carter] PCOP Held 05/26/04;
                        changed plea to guilty on ct 1 of the Indt; IOS set for 08/06/04 at 8:30
                        a.m. cc: USA, FPD, USM, USPO, MJ Roberts, JC

    13 -  1  07/30/04   DEF 1 Sentencing Memorandum w/exhs.

    14 -  1  07/30/04   [Re: DEF 1] PLF 1 Sentencing Memorandum.

    15 -  1  08/09/04   [Re: DEF 1] JWS Court Minutes re: IOS held 8/6/04; imposition as stated
                        in judg; def remanded to USM.


ACRS: R_RDSDX              As of 12/27/05 at 09:10 AM by GARRY                    Page 1
```

Case 3:04-cr-00051-JWS    Document 17    Filed 04/22/2004    Page 3 of 3

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0051--CR (JWS)
"USA V DAVID DEL CASTILLO"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 16 | - 1 | 08/09/04 | [Re: DEF 1] JWS Judgment pleaded guilty to ct 1 of Indt (1-1); sentenced to 64 mos in prison; 36 mos SR; $100.00 SA; remanded to USM. cc: USA, FPD, Def w/cnsls cy, USM, USPO, MJ Roberts, Finance, FLU |
| 17 | - 1 | 08/17/04 | [Re: DEF 1] Partial Transcript re: IOS held 8/6/04. |
| NOTE | - 4 | 08/18/04 | Transmittal: Forwarded notice of appeal (18-1) to 9CCA. |
| 18 | - 1 | 08/18/04 | DEF 1 appeal to 9CCA of (16-1) filed 08/09/04. cc: J. Goecke, K. McCoy, Judge Sedwick, USM, USPO, 9CCA |
| 19 | - 1 | 08/18/04 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (18-1) cc: J. Goecke, K. McCoy, 9CCA (Original) |
| 20 | - 1 | 08/19/04 | DEF 1 Transcript Designation Form with original Transcript Order Form re: notice of appeal (18-1). cc:ecr w/original Transcript Order form |
| 21 | - 1 | 09/29/04 | [Re: DEF 1] Transcript of PCOP held 5/26/04 re: notice of appeal (18-1). |
| 22 | - 1 | 09/29/04 | [Re: DEF 1] PARTIAL Transcript IOS held 8/6/04 re: notice of appeal (18-1). |
| 23 | - 1 | 09/29/04 | [Re: DEF 1] cy 9CCA Certificate of Record. (18-1) cc: USA, FPD, 9CCA (Original) |
| 24 | - 1 | 10/06/04 | USM Return of svc on judgment re: DEF 1 on 9/23/04 to FCI Victorville at Victorville, CA. |
| 25 | - 1 | 01/31/05 | [Re: DEF 1] Copy of Order from 9CCA (18-1)that appellee's mot for an extension of time to file the answering brief is granted.  The answering bried is due 2/1/05, optional brief due 14 days after svc of answering brief. cc: USA, FPD, Judge Sedwick |
| NOTE | - 5 | 09/19/05 | Transmittal: Forwarded D.C. record to 9CCA consisting of 1 vol. |
| NOTE | - 6 | 09/23/05 | Notation (re: Appeal): received notice from 9CCA that they received the one volume. |