UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED

JAN 0 9 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| UNITED STATES OF AMERICA, | No. 04-30375 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-04-00051-a-JWS |
| V. | |
| DAVID DEL CASTILLO, | **JUDGMENT** |
| Defendant - Appellant. | |

Appeal from the United States District Court for the District of Alaska (Anchorage).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Anchorage) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **REMANDED**.

Filed and entered 12/15/05

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN - 6 2006

by: [signature]
Deputy Clerk

**NOT FOR PUBLICATION**

**FILED**

**DEC 15 2005**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 04-30375 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-04-00051-a-JWS |
| v. | |
| DAVID DEL CASTILLO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Alaska
John W. Sedwick, District Judge, Presiding

Submitted December 5, 2005 [**]

Before:    GOODWIN, W. FLETCHER, and FISHER, Circuit Judges.

David Del Castillo appeals the 64-month sentence imposed following his guilty-plea conviction for illegal reentry after deportation in violation of 8 U.S.C.

---

[*]    This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

[**]    This panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

§ 1326(a), enhanced by § 1326(b)(2). We have jurisdiction pursuant to 28 U.S.C. § 1291.

Appellant argues that the district court committed Sixth Amendment error by considering the fact of a prior conviction which was neither proved to a jury beyond a reasonable doubt nor admitted by him. This contention is foreclosed by *United States v. Moreno-Hernandez*, 419 F.3d 906, 914 n.8 (9th Cir. 2005) ("*Booker* bars the district court from considering only those facts not found by the jury *other than* the fact of prior conviction") (*citing United States v. Booker*, 125 S. Ct. 738, 756 (2005)).

Because appellant was sentenced under the then-mandatory Sentencing Guidelines, and we cannot reliably determine from the record whether any error in the imposition of the sentence under the then-mandatory Sentencing Guidelines was harmless, we remand to the sentencing court to answer that question, and to proceed pursuant to *United States v. Ameline*, 409 F.3d 1073, 1084 (9th Cir. 2005) (en banc). *See Moreno-Hernandez*, 419 F.3d at 916.

**REMANDED.**

2



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN - 6 2006

by: [signature]
Deputy Clerk