MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *DAVID DEL CASTILLO*

THE HONORABLE JOHN W. SEDWICK                CASE NO. 3:04-cr-00051 JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**            Date: January 25, 2006

    The court has received an order of remand pursuant to *United States v. Ameline*. Each party shall have until **February 24, 2004**, to file a brief memorandum indicating its or his views as to whether a re-sentencing hearing should be held and why it should be held. If neither party timely files a memorandum indicating that a re-sentencing is appropriate, this court will not convnene a re-sentencing proceeding, but instead will issue a minute order indicating that re-sentencing has been considered and found to be unnecessary.