MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *DAVID DEL CASTILLO*

THE HONORABLE JOHN W. SEDWICK                    CASE NO. 3:04-cr-00051 JWS

PROCEEDINGS:  **AMENDED** ORDER FROM CHAMBERS  Date:  January 26, 2006

---

This order **corrects** the minute order at docket 28, which gave an incorrect date for the filing of memoranda regarding a re-sentencing hearing in this case.  The correct date for the filing of memoranda is **FEBRUARY 24, 2006**.