Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DAVID DEL CASTILLO,<br><br>            Defendant. | Case No. 3:04-cr-0051-JWS<br><br>**MOTION ON SHORTENED TIME TO STAY FURTHER PROCEEDING PENDING RESOLUTION OF PETITION FOR WRIT OF CERTIORARI** |

David Del Castillo asks this court to stay further proceedings in this matter until after the United States Supreme Court receives and resolves his petition for writ of certiorari. A stay is appropriate for the following reasons:

- The United States Court of Appeals for the Ninth Circuit filed its judgment on December 15, 2005;

- The Appellate Court's opinion provided for an *Ameline* remand;

- This court ordered the parties to file *Ameline* remand briefs by February 24, 2006;

- Mr. Del Castillo desires to file a petition for writ of certiorari with the United States Supreme Court;

- Supreme Court Rule 13 provides that any petition for writ of certiorari be filed 90 days after the intermediate appellate court issues its judgment;

- Mr. Del Castillo's petition for writ of certiorari is due on or before March 15, 2006;

- Staying further proceedings until after the United States Supreme Court receives and resolves Mr. Del Castillo's petition for writ of certiorari allows him to fully exercise his right to appellate review while preserving the status quo.

DATED at Anchorage, Alaska, this 23rd day of February, 2006.

Respectfully submitted,

/s/ Kevin F. McCoy
Assistant Federal Defender
Alaska Bar No. 7705042
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
kevin_mccoy@fd.org

Certification:

I certify that on February 23, 2006, a copy of the foregoing document was served electronically on:

James Goeke, Esq.

/s/ Kevin F. McCoy