UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DAVID DEL CASTILLO,<br><br>　　　　　Defendant. | Case No. 3:04-cr-0051-JWS<br><br>**PROPOSED ORDER** |

　　　　　On consideration of the defendant's motion for a stay of proceedings in this matter pending the filing of and resolution of a petition for writ of certiorari to the United States Supreme Court;

　　　　　It is hereby ordered that the motion is granted.  Proceedings in this matter are stayed pending the filing of and resolution of a petition for writ of certiorari in this matter to the United States Supreme Court.

　　　　　It is further ordered that the defendant shall confirm in a written pleading filed with this court and served on the plaintiff that a petition for writ of certiorari has in fact been filed on or before March 15, 2006.  Should the defendant elect not to file a petition for writ of certiorari, the defendant shall so state in a written pleading filed with this court and served on the government on or before March 15, 2006.  Finally, the defendant is ordered to immediately notify this court in a written pleading served on the plaintiff of any action taken by the Supreme Court in response to any petition for writ of certiorari filed on the defendant's behalf.

DATED this _____ day of February, 2006, in Anchorage, Alaska.

_____
JOHN W. SEDWICK
United States District Court Judge