Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DAVID DEL CASTILLO,<br><br>　　　　　　Defendant. | Case No. 3:04-cr-0051-JWS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

　　　　Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

　　　1.　　I am the attorney for David Del Castillo.

　　　2.　　The United States Court of Appeals remanded Mr. Del Castillo's case pursuant to *United States v. Ameline*, 409 F.3d 1073 (9th Cir. 2005) (*en banc*).

　　　3.　　At Docket No. 29, this court invited supplemental sentencing memoranda addressing the remand posed under *Ameline*.

4. The intermediate appellate court issued its mandate on December 15, 2005.

5. Mr. Del Castillo desires that a petition for writ of certiorari be filed with the United States Supreme Court seeking a reversal of *Almendarez-Torres v. United States*, 523 U.S. 224 (1998).

6. Supreme Court Rule 13 requires a petition for writ of certiorari to be filed 90 days after the intermediate appellate court issues its judgment. In this case, the intermediate appellate court issued its judgment on December 15, 2005. Consequently, Mr. Del Castillo's petition for writ of certiorari is not due until March 15, 2006.

7. The purpose of this motion is to seek a stay of proceedings in the district court until after the Supreme Court receives and resolves Mr. Del Castillo's petition for writ of certiorari.

8. If this stay is issued, the status quo will be maintained and Mr. Del Castillo will be afforded his right to full appellate review in this matter.

9. I have telephoned Assistant United States Attorney James Goeke to inquire about the government's position on this request. I have been unable to reach Mr. Goeke. However, on information and belief, I would not expect the government to oppose this request because the status quo is maintained.

10. Accordingly, on behalf of Mr. Del Castillo, I ask that proceedings in this matter be stayed until after the Supreme Court receives and resolves his petition for writ of certiorari.

11. I accept responsibility for providing written notice to the court and to the government confirming that a petition for writ of certiorari has been filed and further accept

responsibility for notifying the court and the government in writing of any action taken by the Supreme Court in response to Mr. Del Castillo's petition for writ of certiorari.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*/s/ Kevin F. McCoy*
KEVIN F. McCOY

SUBSCRIBED AND SWORN to before me this 23rd day of February, 2006.

*/s/ Lenora L. Roehling*
Notary Public in and for Alaska
My Commission Expires: 3/14/2007

STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007