UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>DAVID DEL CASTILLO,<br><br>                 Defendant. | Case No. 3:04-cr-00051-JWS<br><br>**ORDER** |

       On consideration of the defendant's motion for a stay of proceedings in this matter pending the filing of and resolution of a petition for writ of certiorari to the United States Supreme Court;

       It is hereby ordered that the motion is **granted**. Proceedings in this matter are stayed pending the filing of and resolution of a petition for writ of certiorari in this matter to the United States Supreme Court.

       It is further ordered that the defendant shall confirm in a written pleading filed with this court and served on the plaintiff that a petition for writ of certiorari has in fact been filed on or before March 15, 2006. Should the defendant elect not to file a petition for writ of certiorari, the defendant shall so state in a written pleading filed with this court and served on the government on or before March 15, 2006. Finally, the defendant is ordered to immediately notify this court in a written pleading served on the plaintiff of any action taken by the Supreme Court in response to any petition for writ of certiorari filed on the defendant's behalf.

**The court has elected to grant this motion, despite its being filed at the eleventh hour. The court expects that in the future, Mr. McCoy and his colleagues will bring such situations to the attention of the court and the plaintiff somewhat sooner**.

DATED this 24thday of February 2006, in Anchorage, Alaska.

                                            /s/
                                     JOHN W. SEDWICK
                                     United States District Court Judge