Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>DAVID DEL CASTILLO,<br><br>        Defendant. | NO. A04-0051 CR (JWS)<br><br>**NOTICE OF FILING OF PETITION FOR WRIT OF CERTIORARI** |

       On March 14, 2006, a petition for writ of certiorari has been filed on behalf of David Del Castillo with the Supreme Court in the above-styled matter.

       DATED at Anchorage, Alaska this 14th day of March 2006.

       Respectfully submitted,

       s/Kevin F. McCoy
       Assistant Federal Defender
       550 West 7th Avenue, Suite 1600
       Anchorage, AK 99501
       Phone:      907-646-3400
       Fax:          907-646-3480
       E-Mail:      kevin_mccoy@fd.org

<u>Certification</u>:
I certify that on March 14, 2006, a copy of the *Notice of Filing of Petition for Writ of Certiorari* was served electronically on:

James Goeke
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy