Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID DEL CASTILLO,<br><br>Defendant. | NO. 3:04-cr-0051-JWS<br><br>**NOTICE THAT PETITION FOR WRIT OF CERTIORARI HAS BEEN DENIED** |

In accordance with this court's order at Docket No.32, David Del Castillo advises that the United States Supreme Court denied his Petition for Writ of Certiorari on April 17, 2006. It is therefore appropriate to order memoranda from the parties as to whether resentencing is appropriate under *United States v. Ameline*, 409 F.3d 1073, 1084 (9th Cir. 2005) (*en banc*).

DATED at Anchorage, Alaska this 25th day of April 2006.

    Respectfully submitted,

    s/Kevin F. McCoy
    Assistant Federal Defender
    550 West 7th Avenue, Suite 1600
    Anchorage, AK 99501
    Phone:    907-646-3400
    Fax:    907-646-3480
    E-Mail:    kevin_mccoy@fd.org

Certification:
I certify that on April 25, 2006,
a copy of the *Notice That Petition
for Writ of Certiorari Has Been
Denied* was served electronically on:

James Goeke
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Kevin F. McCoy