UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>UNITED STATES OF AMERICA</u>    v.    <u>DAVID DEL CASTILLO</u>

THE HONORABLE JOHN W. SEDWICK

Deputy Clerk                                         CASE NO.  <u>3:04-cr-00051-JWS</u>

<u>Linda Christensen</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: July 17, 2006

    The court has been advised that the Supreme Court has denied the petition for *certiorari*. Accordingly, counsel for defendant shall file defendant's views regarding re-sentencing pursuant to *United States v. Ameline* within 30 days from the date of this order.

    The United States shall file a response within 50 days from the date of this order.

[]{IA.WPD*Rev.12/96}